UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :

    - v. -                        :   ORDER

GIACOMO CIACCIA,                   :   09 Cr. 1041 (LAK)
    a/k/a "Jack Ciaccia,"
MICHAEL LUSSOS                     :
LEKA VUKSANAJ,
    a/k/a "Luke Vuksanaj,"         :

    Defendant.                     :

- - - - - - - - - - - - - - - - - -x

    WHEREAS, with Defendant Giacomo Ciaccia's consent, his guilty plea allocution was taken before a United States Magistrate Judge on March 16, 2010;

    WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

    WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

    IT IS HEREBY ORDERED that Defendant Giacomo Ciaccia's guilty plea is accepted.

SO ORDERED:

Dated:    New York, New York
        3/   , 2010

                                            THE HONORABLE LEWIS A. KAPLAN
                                            UNITED STATES DISTRICT JUDGE

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: ___]