# FISCHETTI
# & MALGIERI LLP
### Attorneys at Law

747 Third Avenue, 20th Floor
New York, NY 10017
212-593-7100 Tel
212-758-2809 Fax
www.fischettilaw.com

*Ronald P. Fischetti*
*Phyllis A. Malgieri*

July 7, 2010

**VIA FAX**
Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
Room 1310
New York, New York 10009

JUL -7 2010

Re: <u>United States v. Giacomo Ciaccia</u>
1:09 Cr. 1041 (LAK)

Dear Judge Kaplan:

      As the Court is aware, Giacomo Ciaccia was sentenced by Your Honor on June 28, 2010, in the above-referenced matter. At this point in time, I respectfully write to Your Honor requesting the Court to order Mr. Ciaccia's passport be released from Pre-Trial Services. Officer Natasha Rameshar of the Pre-Trial Services Division has informed me that she will release the passport as soon as the Order is signed by Your Honor.

      I hereby respectfully request that Your Honor "So Order" this request and order the release of Giacomo Ciaccia's passport. Thank you for your kind consideration of this request.

Respectfully submitted,

Ronald P. Fischetti

cc: Jason A. Masimore, Esq., AUSA
    Natasha Rameshar, USPTSO

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 7/7/10

SO ORDERED:

Lewis A. Kaplan
United States District Judge
Southern District of New York

7/7/10



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 7, 2010

**BY FAX**

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

-7 2010

Re:  **United States v. Giacomo Ciaccia,**
**09 Cr. 1041 (LAK)**

Dear Judge Kaplan:

     We write concerning Mr. Fischetti's July 7, 2010 letter requesting that the Court order Pre-Trial services to return Mr. Ciaccia's passport. The Government does not oppose this request.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
Jason A. Masimore
Assistant U.S. Attorney
Tel.: (212) 637-2580

cc:   Ronald P. Fischetti, Esq. (by fax (212) 758-2809)