# MEMO ENDORSED

## FISCHETTI & MALGIERI LLP
### Attorneys at Law

747 Third Avenue, 20th Floor
New York, NY 10017
212-593-7100 Tel
212-758-2809 Fax
*www.fischettilaw.com*

Ronald P. Fischetti
Phyllis A. Malgieri

July 9, 2010

**VIA FAX**
Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
Room 1310
New York, New York   10009

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED #: 7/16/10*

Re: <u>United States v. Giacomo Ciaccia</u>
1:09 Cr. 1041 (LAK)

Dear Judge Kaplan:

As the Court is aware, Giacomo Ciaccia was sentenced by Your Honor on June 28, 2010, in the above-referenced matter. Mr. Ciaccia has met with his Probation Officer pursuant to his sentencing. At this meeting, Mr. Ciaccia asked for permission to be allowed to travel to Connecticut, New Jersey and Pennsylvania, for the purpose of attending car shows at race tracks, all business related. Probation requests a signed Order by Your Honor enabling Mr. Ciaccia to attend these business related events during his probation.

I hereby respectfully request that Your Honor "So Order" this request allowing Mr. Ciaccia to attend these business related events in Connecticut, New Jersey and Pennsylvania. Thank you for your kind consideration of this request.

Respectfully submitted,

Ronald P. Fischetti

cc:   Jason A. Masimore, Esq., AUSA

Granted on Consent

SO ORDERED:

Lewis A. Kaplan
United States District Judge
Southern District of New York

7/16/10



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

_____

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 16, 2010

**BY FAX**

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  **United States v. Giacomo Ciaccia, 09 Cr. 1041 (LAK)**

Dear Judge Kaplan:

We write concerning defendant Ciaccia's request, dated July 9, 2010, that he be permitted to travel to Connecticut, New Jersey, and Pennsylvania to attend car shows related to his business. The Government does not oppose Mr. Ciaccia's request.

Respectfully submitted,

PREET BHARARA
United States Attorney

By:   _____
Jason A. Masimore
Assistant U.S. Attorney
Tel.: (212) 637-2580

cc: Ronald P. Fischetti, Esq. (By fax)